1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DENISE LYNN HANLIN,                         No.  1:19-cv-00076-SKO

12                     Plaintiff,

13           v.                                   **ORDER DIRECTING THE CLERK OF
                                                  THE COURT TO CLOSE THE CASE**
14    LANCE E ARMO, LAW OFFICE OF
      LANCE E ARMO,                               (Doc. 25)
15
                     Defendants.
16

17

18           On August 30, 2019, the parties filed a joint stipulation dismissing the action with

19    prejudice.  (Doc. 25.)  In light of the parties' stipulation, this action has been terminated, *see* Fed.

20    R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has

21    been dismissed with prejudice.  Accordingly, the Clerk of the Court is directed to close this case.

22
      IT IS SO ORDERED.
23

24    Dated:   **September 2, 2019**                      /s/ *Sheila K. Oberto*

25                                                UNITED STATES MAGISTRATE JUDGE

26

27

28